# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR78 |
| | ) | |
| AUGUST DALLAS, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **May 8, 2006** at **10:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Determine Mental Competency [12] filed by the defendant.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 3rd day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge