IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR78 |
| AUGUST DALLAS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

A hearing was held on May 8, 2006 regarding the Motion to Withdraw as Counsel [14] filed by Attorney Shannon P. O'Connor.  A portion of the hearing was sealed.  Good cause being shown, the motion is granted and Mr. O'Connor will be deemed withdrawn.  The court will appoint new counsel.

IT IS ORDERED:

1. That the Motion to Withdraw as Counsel [14] is granted.   Shannon P. O'Connor is deemed withdrawn as attorney of record.

2. The court appoints Steven E. Achelpohl  as attorney of record for the above-named defendant.

3. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district

DATED this 8th day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge