## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AUGUST DALLAS, )<br>)<br>Defendant. ) | 8:06CR78<br><br>**SCHEDULING ORDER** |

    IT IS ORDERED that the following is set for hearing on **May 11, 2006** at **12:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Determine Mental Competency [12] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 9th day of May, 2006.

                                        BY THE COURT:

                                        s/ F.A. Gossett<br>
                                        United States Magistrate Judge