IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:06CR78 |
| AUGUST J. DALLAS, | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **August 16, 2006** at **11:30 a.m.** before Magistrate Judge F.A. Gossett.  The hearing will be held in **Courtroom No. 2**, Third Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Hearing regarding defendant's treatment

Since this is a criminal case, the defendant must be present.  Defendant will appear via video-conferencing.

DATED this 7th day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge