IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR78 |
| AUGUST J. DALLAS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Continue [25]. The government has no objection to the continuance. Good cause being shown, the previously scheduled hearing regarding treatment of the defendant is continued.

IT IS ORDERED:

1. That the Motion to Continue [25] is granted; and

2. That the hearing regarding defendant's treatment is rescheduled for September 20, 2006 at 11:30 a.m. before Magistrate Judge F.A. Gossett. The hearing will be held in **Courtroom No. 2**, Third Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present. Defendant will appear via video-conferencing.

DATED this 21st day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge