# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR78 |
| | ) | |
| AUGUST DALLAS, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **December 20, 2006** at **11:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 2, (Judge Smith Camp's Courtroom) Third Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Hearing RE:   Judge Smith Camp's Memorandum and Order dated 11/06/06 [34] remanding to the Magistrate Judge for further evidentiary hearing

Since this is a criminal case, the defendant must be present via video conferencing.

DATED this 14th day of November, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge