IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>           Plaintiff,             )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>AUGUST DALLAS,                       )<br>                                                           )<br>           Defendant.           ) | Case No. 8:06CR78<br><br>ORDER |

This matter is before the court on the defendant's Motion to Produce Medical and Psychiatric Records (#36). After reviewing the motion and the plaintiff's response (#37), I find the motion should be granted. Therefore,

**IT IS ORDERED:**

1. The defendant's Motion to Produce Medical and Psychiatric Records (#36) is granted.

2. The plaintiff shall produce all medical and psychiatric records of defendant on or before **December 11, 2006**, or inform the court, in writing, as to the reason the records have not been made available.

Dated this 4th day of December 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge