IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR78 |
| AUGUST J. DALLAS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion for Production of the Records and Motion to Continue <u>Sell</u> Hearing [39]. The court held a conference call on Monday, December 18, 2006. The motion will be granted and the <u>Sell</u> hearing will be continued.

IT IS ORDERED:

1. That the Motion for Production of the Records and Motion to Continue <u>Sell</u> Hearing [39] is granted; and

2. The plaintiff shall produce a treatment plan and all documents relating to treatment on or before **January 19, 2007.**

3. The <u>Sell</u> hearing previously scheduled for December 20, 2006 is cancelled and will be rescheduled by further order of the court.

DATED this 18th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge