IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>        vs.                                         )<br>                                                        )<br>AUGUST J. DALLAS,                      )<br>                                                        )<br>            Defendant.                     ) | 8:06CR78<br><br>**ORDER** |

Pursuant to Judge Smith Camp's order of November 6, 2006 [34], remanding to the magistrate judge for a further <u>Sell</u> hearing,

IT IS ORDERED that the hearing regarding defendant's treatment is rescheduled for **February 7, 2007** at **11:30 a.m.** before Magistrate Judge F.A. Gossett.  The hearing will be held in **Courtroom No. 2**, Third  Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present.  Defendant will appear via video-conferencing.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge