IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cr78 |
| | ) | |
| v. | ) | |
| | ) | |
| AUGUST J. DALLAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed has filed a Motion to Strike (#50) requesting that Document Number 49, the Motion to Continue *Sell* Hearing, be stricken from the record for the following reasons:

- Exhibits were not attached.
- The motion has already been re-filed with the attachments (#51).

**IT IS THEREFORE ORDERED:**

1. The defendant's Motion to Strike (#50) is granted.

2. The Clerk's Office shall strike Document Number 49 from the record.

DATED this 26th day of February, 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge