# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR78 |
| | ) | |
| AUGUST J. DALLAS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Continue <u>Sell</u> Hearing [51].  The motion will be granted and the <u>Sell</u> hearing will be continued.   The record will be held open until March 14, 2007 for additional evidence to be offered by the defendant.

IT IS SO ORDERED.

DATED this 27th day of February, 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge