IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:06CR78 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| AUGUST J. DALLAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for a telephonic conference regarding the defendant's Motion for Hearing [12].  Christian Martinez represented the government and Steven Achelpohl represented the defendant.  Defendant made an oral motion that the record be left open for receipt of evidence and possible testimony.  Following argument by counsel,

**IT IS ORDERED:**

1. The defendant's oral motion [56] is granted and the record is left open.

2. This conference is continued to **April 9, 2007 at 11:00 A.M.**, to be held by telephone call initiated by the court.

Dated this 19th day of March 2007.

                        BY THE COURT:

                        S/ F. A. Gossett
                        United States Magistrate Judge