# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR78** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **AUGUST DALLAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For good cause shown, and upon the representation that there is no objection,

**IT IS ORDERED** that the government's Motion to Continue [61] is granted.  The record is left open for the receipt of evidence and/or testimony related to defendant's Motion for Hearing [12].  The matter is continued from April 9, 2007 to **June 1, 2007 at 11:00 A.M.**, to be held by telephone call initiated by the court.

**DATED April 5, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge