IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR78 |
| AUGUST J. DALLAS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    On March 19, 2007 a telephonic hearing began regarding further evidence to be put forth for the Sell hearing. Counsel were advised that the record would close at the end of the hearing and no further evidence would be received. For that reason, counsel made a joint oral motion to continue.

    IT IS ORDERED

1. That the joint oral motion to continue is granted;

2. That the hearing regarding defendant's treatment/Sell Hearing is rescheduled for **June 20, 2007** at **11:30 a.m.** before Magistrate Judge F.A. Gossett. The hearing will be held in **Courtroom No. 2**, Third Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present. Defendant will appear via video-conferencing.

    DATED this 21st day of May, 2007.

                                               BY THE COURT:

                                               s/ F.A. Gossett
                                               United States Magistrate Judge