IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR78** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **AUGUST J. DALLAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time until August 6, 2008, (Filing No. 103) to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 101).

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 103) to file objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant must file any objections to the Report and Recommendation (Filing No. 101) on or before August 6, 2008.

DATED this 22nd day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge