## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR69** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **AUGUST J. DALLAS,** | ) ) | |
| **Defendant.** | ) ) | |

This matter is before the Court on the Defendant's unopposed motion to extend the time until August 7, 2008, to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 106).

IT IS ORDERED that the Defendant's motion to extend time (Filing No. 106) is granted.

DATED this 7th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge