**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR78** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **AUGUST J. DALLAS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions for leave to file amended objections to the Report and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 113) and for an extension of time to file a supporting brief (Filing No. 116).

IT IS ORDERED:

1. The Defendant's motion for leave to file amended objections to the Magistrate Judge's Report and Recommendation and Order (Filing No. 113) is granted;

2. The Defendant's motion to extend the deadline to file a brief in support of the amended objections (Filing No. 116) is granted; and

3. The Defendant must file the amended objections and supporting brief on or before September 5, 2008.

DATED this 22nd day of August, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge