**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR78** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **AUGUST J. DALLAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the government must show cause on or before May 3, 2010, as to why this case should not be dismissed, without prejudice, as against the Defendant, August J. Dallas, and the pending Petition for Action on Conditions of Pretrial Release (Filing No. 80) be denied as moot.

DATED this 22nd day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge